# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **Wang, Cheng-Yi**
    **and**
    **Wang, Ching-Shi**
_____ / Debtor

Case No.
Chapter **13**

Attorney for Debtor: **PETER L. KUTRUBES**

## CERTIFICATION OF CREDITOR MATRIX

    I hereby certify that the attached matrix includes the names and addresses of all creditors listed on the debtor's schedules.

Dated: **6/7/2011**

**/s/ PETER L. KUTRUBES**
Debtor's Attorney

American Express
PO Box 297871
Fort Lauderdale  FL  33329


Bank of America
201 N Tryon Street
Charlotte  NC  28202


Cach LLC
4340 S Monaco Street  Unit 2
Denver  CO  80237


Chase
3990 S Babcock Street
Wilmington  DE  19850


Chase Auto
201 N Walnut Street  #DE-1-10
Wilmington  DE  19801


Discovery Fianncial Services
PO Box 15316
Wilmington  DE  19850


Pinnacle Service
7900 Highway 7  #100
Minneapolis  MN  55426

Prof Recovery
190 S  Orchard Avenue  STE C2
Vacaville  CA  95688


Professional Recovery
190 S Orchard Ave  Ste C2
Vacaville  CA  95688


STU LN TRUST
P O  Box 9532
Wilkes Barre  PA  18773


Tek-Collect  Inc
871 Park Street
Columbus  OH  43215


THD/CBSD
PO BOX 6497
Sioux Falls  SD  57117