# PROOF OF SERVICE BY MAIL

I am a resident of the County of Contra Costa over the age of 18 years and not a party to the within action; my business address is in care of the LAW OFFICES OF PETER L. KUTRUBES, 1415 Oakland Blvd. Suite 102, Walnut Creek, CA 94596.

On June 27, 2011 I served the following documents:

Amended Chapter 13 Bankruptcy Plan

for Debtors Cheng-Yi Wang & Ching-Shi Wang Chapter 13 Bankruptcy, Case #: 11-32184 by placing a true copy thereof in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed:

**VIA REGULAR U.S. MAIL**

Office of the U.S. Trustee / SF
235 Pine St. Suite 700
San Francisco, CA 94104

David Burchard, Chapter 13 Bankruptcy Trustee
239 Vintage Park Dr. Suite 150
Foster City, CA 94404

**LIST OF ADDITIONAL CREDITORS NOTICED ATTACHED.**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge, information and belief. Executed at Walnut Creek, California on June 27, 2011.

_____
SONIA AHMAD

## LIST OF ADDITIONAL CREDITORS NOTICED

### THE FOLLOWING VIA REGULAR U.S. MAIL

CACH LLC
4340 S Monaco St Unit 2
Denver, CO 80237

Chase
P.O. Box 15298
Wilmington, DE 19850

Discovery Financial Services
P.O. Box 15316
Wilmington, DE 19850

Internal Revenue Service
P.O. Box 105416
Atlanta, GA 30348

Professional Recovery
190 S Orchard Ave Ste C2
Vacaville, CA 95688

Sallie Mae
P.O. Box 9532
Wailkes-Barre, PA 18773

Tek-Collection
871 Park Street
Columbus, OH 43215

Pinnacle Credit
7900 Highway 7 #100
Saint Louis Park, MN 55426

Chang, Wang-Yi &
Chang, Wang-Shi
1270 Millbrae Ave
Millbrae, CA 94030