WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

CHENG-YI WANG, and

CHING-SHI WANG

   Debtors.

Bankruptcy Case No. 11-32184

Chapter 13

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

MEETING OF CREDITORS:
DATE: July 14, 2011
TIME: 9:00 AM
PLACE: San Francisco U.S. Trustee

CONFIRMATION HEARING:
DATE: August 22, 2011
TIME: 1:30 PM
PLACE: San Francisco Courtroom 22

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTORS' COUNSEL AND THE DEBTORS:

  JPMorgan Chase Bank, National Association ("JPMorgan") is the holder of a secured claim recorded against property in which the Debtors claim an interest. JPMorgan is, therefore a party in interest and has standing to object to the Debtors' Chapter 13 Plan.

  JPMorgan is the holder of a claim secured only by a security interest in real property commonly known as 1270 Millbrae Ave., Millbrae, California, which is the Debtors' principal residence. The total amount that is due and owing under the Promissory Note is approximately

$1,171,970.58 and the pre-petition arrearage owed is approximately $133,114.50. JPMorgan objects to the Debtors' Plan on the following grounds:

The Debtors' Plan understates the pre-petition arrearages owed to JPMorgan. As the Debtors' Plan payment is not sufficient to cure the pre-petition arrears, the Plan is infeasible and does not satisfy §1322(b)(5) or §1325. Additionally, the Debtors' Plan understates the monthly payment owed to JPMorgan. The Debtors' Plan provides for monthly mortgage payments in the amount of $4,735.28, however, the currently monthly payment amount, as of July 1, 2011, is $5,494.76.

Based on the foregoing, JPMorgan respectfully requests that the Court deny confirmation on the Debtors' Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of JPMorgan's pre-petition arrearages and to list the correct monthly payment amount.

DATED: July 14, 2011    Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

/s/William G. Malcolm
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
**JPMORAN CHASE BANK,
NATIONAL ASSOCIATION**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On July 14, 2011, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

>Cheng-Yi Wang
>Ching-Shi Wang
>1270 Millbrae Ave.
>Millbrae, CA 94030
>
>Peter L. Kutrubes
>Law Offices of Peter L. Kutrubes
>1415 Oakland Blvd. #102
>Walnut Creek, CA 94596
>
>David Burchard
>393 Vintage Park Drive Suite 150
>Foster City, CA 94404

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 14, 2011, at Irvine, California.

/s/*Lorena Farias*
LORENA FARIAS