PETER L. KUTRUBES (SBN 176024)
EVAN HYUN (SBN 258657)
LAW OFFICES OF PETER L. KUTRUBES
1415 OAKLAND BOULEVARD, SUITE 102
Walnut Creek, CA 94596
Telephone: (925) 939-9600
Fax: (925) 256-7660

Attorney for Debtor(s)
Wang, Cheng-Yi & Wang, Ching-Shi

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 11-32184 |
| Wang, Cheng-Yi & Wang, Ching-Shi, | Chapter 13 |
| Debtor(s). | **AMENDED MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7** |

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtors request that this court enter an

Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title

11 of the United States Code), on the grounds set forth below.

1. On June 7, 2011, the above-named Debtors filed a Voluntary Petition under Chapter 13 of

the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to

Chapter 7 of the Bankruptcy Code.


  September 18, 2011               /s/ *Cheng-Yi Wang*
DATE                         CHENG-YI WANG, DEBTOR

AMENDED MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 - 1

1

  September 18, 2011                           /s/ *Ching-Shi Wang*
DATE                                       CHING-SHI WANG, DEBTOR

2

3

  September 18, 2011                           /s/ *Peter L. Kutrubes*
DATE                                       PETER L. KUTRUBES

4

                                                 ATTORNEY FOR DEBTORS

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AMENDED MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 - 2

Case: 11-32184   Doc# 17   Filed: 09/18/11   Entered: 09/18/11 22:58:02   Page 2 of 5

## PROOF OF SERVICE BY MAIL

I am a resident of the County of CONTRA COSTA over the age of 18 years and not a party of

the within action; my business address is in care of the LAW OFFICES OF PETER L. KUTRUBES,

1415 Oakland Boulevard, Suite 102 Walnut Creek, California 94596.

On September 18, 2011, I served the following documents:

**MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7**

on the parties to said action by placing a true copy thereof in a sealed envelope with postage

thereon, fully prepaid, in the United States mail at Walnut Creek, California, addressed:

U.S. Trustee
Office of the U.S. Trustee / SF
Office of the U.S. Trustee
235 Pine St
Suite 700
San Francisco, CA 94104

David Burchard, Chapter 13 Trustee
393 Vintage Park Drive
Suite 150
Foster City, CA 94404-1172

American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

Bank of America
201 N. Tryon Street
Charlotte, NC 28202-2146

California EDD
Benefit Overpayment Collection Section
MIC 91
PO Box 826218
Sacramento, CA 94230-6218

AMENDED MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 - 3

1
CA Franchise Tax Board
Special Procedures Bankruptcy Unit
2
PO Box 2952
Sacramento, CA 95812-2952
3

4
Cach LLC
4340 S Monaco Street, Unit 2
5
Denver, CO 80237-3408

6
Chase
3990 S. Babcock Street
7
Wilmington, DE 19850

8
Chase Auto
201 N. Walnut Street, #DE-1-10
9
Wilmington, DE 19801-2920

10
Chief Tax Collection Section
Employment Development Section
11
PO Box 826203
Sacramento, CA 94230
12

13
Citibank, N.A.
C/O Citibank (South Dakota), N.A.
14
Attn: Claims Dept. MC 2136
701 E 60th Street North
15
Sioux Falls, SD 5704-0432

16
Discover Bank
DB Servicing Corporation
17
PO Box 3025
New Albany, OH 43054-3025
18

19
Discovery Financial Services
PO Box 15316
20
Wilmington, DE 19850-5316

21
Pinnacle Service
7900 Highway 7 #100
22
Minneapolis, MN 55426-4045

23
Prof Recovery
190 S Orchard Avenue, StE C2
24
Vacaville, CA 95688-3647

25

AMENDED MOTION TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 - 4

Professional Recovery
190 S Orchard Avenue, Ste C2
Vacaville, CA 95688-3647

Stu Ln Trust
PO Box 9532
Wilkes Barre, PA 18773-9532

THD/CBSD
PO Box 6497
Sioux Falls, SD 57117-6497

Tek-Collect, Inc.
871 Park Street
Columbus OH 43215-1441

US Attorney
Civil Division
450 Golden Gate Ave.
San Francisco, CA 94102-3661

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

     I certify that I am employed in the office of a member of the Bar at whose direction this

service was given. I declare under penalty of perjury under the laws of the United States of America

and the State of California that the foregoing is true and correct to the best of my knowledge,

information and belief.

     Executed at Walnut Creek, California on September 18, 2011.

*/s/ Aaron Lin*
AARON LIN