In re *Wang, Cheng-Yi and Wang, Ching-Shi*, Case No. *11-32184*
Debtor(s) (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash on hand* | *Calif. C.C.P. §703.140(b)(5)* | $ 100.00 | $ 100.00 |
| *Account #: 01440-12129* | *Calif. C.C.P. §703.140(b)(5)* | $ 275.56 | $ 275.56 |
| *Household goods* | *Calif. C.C.P. §703.140(b)(3)* | $ 605.00 | $ 605.00 |
| *Jewelry* | *Calif. C.C.P. §703.140(b)(4)* | $ 470.00 | $ 470.00 |
| *Porsche* | *Calif. C.C.P. §703.140(b)(5)* | $ 13,975.00 | $ 13,975.00 |
| *Toyota 2008* | *Calif. C.C.P. §703.140(b)(2)* <br> *Calif. C.C.P. §703.140(b)(5)* | $ 3,475.00 <br> $ 3,525.00 | $ 15,918.00 |

Page No. *1* of *1*

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.