```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                        Case No. 11-32184-DM
Cheng-Yi Wang                                                 Chapter 7
Ching-Shi Wang
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0971-3          User: awong              Page 1 of 2            Date Rcvd: Apr 24, 2013
                              Form ID: FIN2            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2013.
db/jdb        +Cheng-Yi Wang,   Ching-Shi Wang,   1270 Millbrae Ave,   Millbrae, CA 94030-2908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 26, 2013**                       **Signature:**       *Joseph Speetjens*

```
District/off: 0971-3           User: awong              Page 2 of 2             Date Rcvd: Apr 24, 2013
                               Form ID: FIN2            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2013 at the address(es) listed below:
          Andrea A. Wirum    trustee@wirum.com, CA22@ecfcbis.com
          Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
          Peter L. Kutrubes     on behalf of Joint Debtor Ching-Shi  Wang Kutrubes-group2@kutrubeslaw.com, pkutrubes@kutrubeslaw.com
          Peter L. Kutrubes     on behalf of Debtor Cheng-Yi  Wang Kutrubes-group2@kutrubeslaw.com, pkutrubes@kutrubeslaw.com
          William G. Malcolm     on behalf of Creditor    JPMorgan Chase Bank, National Association bill@mclaw.org, erica@mclaw.org;ernest@mclaw.org

                                                                TOTAL: 5

Form FIN2

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Cheng−Yi Wang and Ching−Shi Wang | Case No.: 11−32184 DM 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT
**(Official Form 23)**

Each debtor did not file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management, Official Form 23 (Interim Rule of Bankruptcy Procedure 1007(b)(7)). Pursuant to 11 U.S.C. § 727, Official Form 23 MUST BE FILED by each debtor before a discharge can be entered for that individual debtor.

Notice is hereby given that failure to file the certification (Official Form 23) within 45 days of this notice may result in the case being closed without an entry of a discharge. If the debtor(s)subsequently file(s) a Motion to Reopen the Case to allow for the filing of the Official Form 23, the debtor(s) may be required to pay the full reopening fee due for filing the motion.

Dated: 4/24/13

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court
235 Pine Street, 19th floor (94104)
Post Office Box 7341
San Francisco, CA 94120