```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 11-32184-DM
Cheng-Yi Wang                                                       Chapter 7
Ching-Shi Wang
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0971-3         User: admin              Page 1 of 2         Date Rcvd: Apr 25, 2013
                             Form ID: ODSC7fi         Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2013.
db/jdb       +Cheng-Yi Wang,   Ching-Shi Wang,    1270 Millbrae Ave,    Millbrae, CA 94030-2908
cr           +JPMorgan Chase Bank, National Association,    2112 Business Center Drive,    Second Floor,
               Irvine, CA 92612-7135
11927567     +Cach LLC,   4340 S Monaco Street   Unit 2,   Denver  CO 80237-3408
11927568      Chase,   3990 S Babcock Street,   Wilmington  DE  19850
11927569     +Chase Auto,   201 N Walnut Street #DE-1-10,    Wilmington  DE 19801-2920
12145664     +JPMorgan Chase Bank, National Association,    3415 Vision Drive, Attn: OH 4-7302,
               Columbus, OH 43219-6009
12192893     +Pacific Bell Telephone Company,   % AT&T Services Inc.,    James Grudus, Esq.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
11927571     +Pinnacle Service,    7900 Highway 7 #100,   Minneapolis  MN 55426-4045
11927572     +Prof Recovery,   190 S  Orchard Avenue STE C2,    Vacaville CA 95688-3647
11927573     +Professional Recovery,    190 S Orchard Ave Ste C2,    Vacaville CA 95688-3647
11927574     +STU LN TRUST,   P  O  Box 9532,   Wilkes Barre PA 18773-9532
11927575     +Tek-Collect Inc,   871 Park Street,   Columbus OH 43215-1441

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           EDI: EDD.COM Apr 26 2013 04:03:00      CA Employment Development Dept.,    Bankruptcy Group MIC 92E,
               P.O. Box 826880,   Sacramento, CA  94280-0001
smg           EDI: CALTAX.COM Apr 26 2013 04:03:00      CA Franchise Tax Board,
               Special Procedures Bankruptcy Unit,    P.O. Box 2952,   Sacramento, CA  95812-2952
smg           EDI: EDD.COM Apr 26 2013 04:03:00      Chief Tax Collection Section,
               Employment Development Section,    P.O. Box 826203,   Sacrament, CA  94230
11927565     +EDI: AMEREXPR.COM Apr 26 2013 04:03:00      American Express,    PO Box 297871,
               Fort Lauderdale  FL 33329-7871
11991320      EDI: RESURGENT.COM Apr 26 2013 04:03:00      B-Line, LLC,    MS 550,   PO Box 91121,
               Seattle, WA 98111-9221
11927566     +EDI: BANKAMER2.COM Apr 26 2013 04:03:00      Bank of America,    201 N Tryon Street,
               Charlotte  NC 28202-1331
11927567     +EDI: STFC.COM Apr 26 2013 04:03:00      Cach LLC,   4340 S Monaco Street  Unit 2,
               Denver  CO 80237-3408
11939398     +EDI: CITICORP.COM Apr 26 2013 04:03:00      Citibank N.A.,    c/o Citibank (South Dakota), N.A.,
               ATTN: Claims Dept. MC 2135,    701 E 60th Street North,   Sioux Falls, SD 57104-0432
11942146      EDI: DISCOVER.COM Apr 26 2013 04:03:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
11927570     +EDI: DISCOVER.COM Apr 26 2013 04:03:00      Discovery Fianncial Services,    PO Box 15316,
               Wilmington  DE 19850-5316
11979574     +EDI: CAUT.COM Apr 26 2013 04:03:00      JP Morgan Chase,   National Bankruptcy Department,
               201 N. Central Ave. AZ-1191,    Phoenix, AZ 85004-0073
11927576     +EDI: CITICORP.COM Apr 26 2013 04:03:00      THD/CBSD,   PO BOX 6497,   Sioux Falls SD 57117-6497
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2013**              **Signature:**     *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2013 at the address(es) listed below:
          Andrea A. Wirum    trustee@wirum.com, CA22@ecfcbis.com
          Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
          Peter L. Kutrubes    on behalf of Joint Debtor Ching-Shi  Wang Kutrubes-group2@kutrubeslaw.com,
          pkutrubes@kutrubeslaw.com
          Peter L. Kutrubes    on behalf of Debtor Cheng-Yi  Wang Kutrubes-group2@kutrubeslaw.com,
          pkutrubes@kutrubeslaw.com
          William G. Malcolm    on behalf of Creditor   JPMorgan Chase Bank, National Association
          bill@mclaw.org, erica@mclaw.org;ernest@mclaw.org
                                                                         TOTAL: 5

**Form ODSC7fi**

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Francisco)

| | |
|---|---|
| **In re:**<br>Cheng−Yi Wang<br>1270 Millbrae Ave<br>Millbrae, CA 94030<br><br>Ching−Shi Wang<br>1270 Millbrae Ave<br>Millbrae, CA 94030<br>　　　　Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>　xxx−xx−1843<br>　xxx−xx−1181 | **Case Number:** 11−32184 DM 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

　　　It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED**:
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　It further appears that the trustee, Andrea A. Wirum in the above−entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

　　　ORDERED that the chapter 7 case of the above−named debtor is closed; that the Trustee is discharged and relieved of said trust.


Dated: 4/24/13　　　　　　　　　　　By the Court:


　　　　　　　　　　　　　　　　　　　Dennis Montali
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 31

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**